

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL DEAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:13-CV-089-A |
| § | |
| CAROLYN W. COLVIN, ACTING § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

### ORDER

Came on for consideration the above-captioned action wherein Michael Dean is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income under Title XVI of the Social Security Act. On February 28, 2014, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC & R"), and granted the parties until March 14, 2014, in which to file and serve any written objections thereto. Plaintiff filed his objections, to which Commissioner filed a response. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and

that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for supplemental security income protectively filed on December 28, 2010, plaintiff, Michael Dean, is not disabled under Section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED April 30, 2014.

JOHN McBRYDE
United States District Judge